B6C (Official Form 6C) (4/13)

In re  Jonas Yuri Perez,  
      Griselda C. Deleon Perez

Case No.  **1:15-bk-13220**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
☐ 11 U.S.C. §522(b)(2)  
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 7637 Wish Avenue Van Nuys, CA 91406 | CCP Sec. 703.140(b) | 20,000.00 | 425,000.00 |
| **Cash on Hand** | | | |
| Cash on Hand | C.C.P. § 703.140(b)(5) | 250.00 | 250.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking - US Bank, North Hollwood Branch | C.C.P. § 703.140(b)(5) | 450.00 | 450.00 |
| Savings - Logics Credit Union, Burbank | | | |
| Savings - California Credit Union, North Hills | | | |
| Checking - Chase Bank, Van Nuys | | | |
| **Household Goods and Furnishings** | | | |
| Household furniture and furnishings | C.C.P. § 703.140(b)(3) | 2,500.00 | 2,500.00 |
| **Wearing Apparel** | | | |
| Debtors' Clothing | C.C.P. § 703.140(b)(3) | 750.00 | 750.00 |
| **Furs and Jewelry** | | | |
| Debtors' Jewelry | C.C.P. § 703.140(b)(4) | 500.00 | 500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| CalPers Retirement Account | C.C.P. § 703.140(b)(10)(E) | 39,720.00 | 39,720.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2002 Toyota Takoma | C.C.P. § 703.140(b)(2) | 3,000.00 | 3,000.00 |
| 2002 PT Cruiser | | | |
| 2015 Toyota Tundra - Lease | | | |
| **Animals** | | | |
| Two Dogs - mixed breeds | C.C.P. § 703.140(b)(5) | 250.00 | 250.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| 2015 Federal and State Tax Refund | C.C.P. § 703.140(b)(5) | 4,000.00 | 4,000.00 |
| | Total: | 71,420.00 | 476,420.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy